NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Appellant/Cross-Appellee,

v.

FARANAK ESFAHANI,

        Appellee/Cross-Appellant,

and

BAHRAM ZAMANI ALAVIJEH a/k/a ALAVIJEH BAHRAM ZAMAN a/k/a BAHRAM ZAMANI ALAVIJEH; and REZA HAJAIN,

        Appellees.

Case No. 2D17-1156

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Hillsborough County; Perry A. Little, Senior Judge.

Robert R Edwards of Choice Legal Group, P.A., Fort Lauderdale, for Appellant.

Randall O. Reder, Tampa, for Appellee/ Cross-Appellant.

Robert E. Biasotti of Biasotti Law, Saint Petersburg, for Appellee Bahram Zamani Alavijeh.

No appearance for Appellee Reza Hajain.

PER CURIAM.

Affirmed.  The cross-appeal is dismissed as moot.

LaROSE, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.